UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATRINA STURDIVENT,<br>  Plaintiff,<br><br>  v.<br><br>CHELSEA POLICE DEPARTMENT, et al.,<br>  Defendants. | C.A. No. 19-12271-WGY |

**ORDER**

**January 25, 2020**

YOUNG, D.J.

On November 4, 2019, *pro se* plaintiff Katrina Sturdivent filed a civil rights complaint and a motion for leave to proceed *in forma pauperis*.

In an order dated November 25, 2019 (#4), the Court denied the motion without prejudice because Sturdivent's financial information was complete. The Court ordered her to pay the $400 filing fee or file a renewed motion for leave to proceed *in forma pauperis* within 21 days. The Court warned Sturdivent that failure to comply with the directive could result in dismissal of the action without prejudice.

The 21-day deadline for complying with the Court's order has expired without any response from Sturdivent. Accordingly, the Court orders that this case be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee.

SO ORDERED.

          /s/ William G. Young
          WILLIAM G. YOUNG
          UNITED STATES DISTRICT JUDGE